UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NATHAN OLIVERI DOAN,<br><br>  Plaintiff. | Case No. 25-cv-04915-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On June 11, 2025, the clerk filed as a new action a letter from plaintiff seeking "to make a complaint" regarding violations of his rights while at the San Joaquin County Jail (SJCJ).  ECF No. 1 at 1.  The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint using the court's prisoner complaint form or pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have passed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: July 23, 2025

_____
CHARLES R. BREYER
United States District Judge